UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>   v.<br><br>KAMYAR JAHANRAKHSHAN,<br><br>           Defendant. | NO. MJ17-310<br><br>DETENTION ORDER |

Offense charged:

    Count 1:    Transmission of a Code or Command and Intentionally Causing Damage to a Computer

Date of Detention Hearing: July 28, 2017.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds:

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. Defendant has multiple identities and social security numbers. He has previous convictions in Canada for multiple accounts of fraud, being in possession of devices used to make fake credit cards. He was also convicted for impersonating a police officer and obstructing justice.

DETENTION ORDER
18 U.S.C. § 3142(i)
Page 1

2. Defendant has limited ties to the Western District of Washington. He appears to have limited ties to any jurisdiction.

3. Defendant has substantial knowledge on issues relating to cyber denial of service issues, and according to the complaint and AUSA proffer, continued to use that knowledge in a destructive fashion until the time of his arrest.

4. Defendant appears to have foreign bank accounts.

5. There are no conditions or combination of conditions other than detention that will reasonably assure the appearance of defendant as required.

IT IS THEREFORE ORDERED:

(1) Defendant shall be detained and shall be committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

///

///

///

DETENTION ORDER
18 U.S.C. § 3142(i)
Page 2

DATED this 28th day of July, 2017.

*[signature]*
JAMES P. DONOHUE
Chief United States Magistrate Judge

DETENTION ORDER
18 U.S.C. § 3142(i)
Page 3