Magistrate Judge Tsuchida

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>KAMYAR JAHANRAKHSHAN,<br><br>Defendant. | **NO. 17-mj-310**<br><br>**UNITED STATES' MOTION TO SEAL**<br><br>**Noting Date: August 23, 2017** |

The United States of America, by and through Annette L. Hayes, United States Attorney for the Western District of Washington, and Francis Franze-Nakamura, Assistant United States Attorney for said District, files this motion respectfully requesting that Exhibits 1-20 of the Government's Memorandum in the above-captioned matter, be

///

///

///

///

///

///

UNITED STATES' MOTION TO SEAL - 1
17-mj-310

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

filed under seal and be allowed to remain under seal because the exhibits contain personal identification information.  Copies have been provided to opposing counsel.

DATED this 23rd day of August, 2017.

Respectfully submitted,

ANNETTE L. HAYES
United States Attorney

*s/Francis Franze-Nakamura*
FRANCIS FRANZE-NAKAMURA
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
Telephone:   (206) 553-4402
Fax:              (206) 553-4440
E-mail: francis.franze-nakamura@usdoj.gov

UNITED STATES' MOTION TO SEAL - 2
17-mj-310

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970